UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAX SMITH, ET AL.            CIVIL ACTION

VERSUS            NO: 07-441

APPLIED CONCEPTS, INC.            SECTION: "K"(4)

## ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 4), wherein Plaintiff contends that the amount in controversy requirement is not met for the purposes of exercising subject matter jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has previously addressed the amount in controversy requirement in the context of a motion to remand in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed Aug. 28, 2006). In *Rush*, the Court held that if it is not facially apparent from the state court pleading that the amount in controversy exceeds $75,000, then the defendant must show by a preponderance of evidence that such is the case. *Id.*, at p. 6.

Here, it is not apparent from the face of the petition that the amount in controversy exceeds $75,000, and Defendant offers little evidence to support its allegation that the amount in

controversy requirement is met. Defendant simply alleges that in addition to the principal claim of $42,500, attorneys' fees are sought, and therefore, the claims exceed $75,000. These speculative allegations do not satisfy Defendant's burden of showing by a preponderance of evidence that the amount in controversy exceeds $75,000. Following the standards set forth in *Rush*, the Court finds that removal was improper and jurisdiction does not exist under 28 U.S.C. § 1332. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 4) is **GRANTED** and the case is hereby **REMANDED**.

New Orleans, Louisiana, on this   8th   day of March, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**